IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. TDC-19-0379 |
| ANDRZEJ PIWOWARSKI | * | |

\* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE SEALED MATERIALS

Mr. Andrzej Piwowarski, through counsel, hereby moves to file under seal Exhibit 3 (Amended) to his Sentencing Memorandum in this case. Mr. Piwowarski's medical privacy interests outweigh any public interest in disclosure.

WHEREFORE, Mr. Piwowarski requests that Exhibit 3 (Amended) to his Sentencing Memorandum be placed under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

/s/
DOUGLAS R. MILLER, #18309
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770-4510
(301) 344-0600
(301) 344-0019 (fax)
douglas_miller@fd.org