IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No. TDC-19-0379** |
| | * | |
| **ANDRZEJ PIWOWARSKI,** | * | |
| | * | |
| Defendant | * | |
| | * | |
| *********| | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by its attorneys, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland, and Timothy F. Hagan, Jr., Assistant United States Attorney for said District, hereby moves this Court to seal the Proposed Sealed Document filed by the Government in this case. In support of this Motion, the Government states as follows:

The Proposed Sealed Document contains information regarding the Defendant, his background, conduct, medical information, and/or his character which is highly personal and confidential, as well as regarding the victim's background, conduct, and/or character.

No reasonable alternatives to sealing the document are available. Deletion or expungement of sensitive portions of the document would render the submission substantially unreadable and would compromise the government's ability to convey important information relevant to this case.

WHEREFORE, it is respectfully requested that the Government's Motion to Seal be granted.

                                              Respectfully submitted,

                                              Jonathan F. Lenzner
                                              Acting United States Attorney

                                              _____

                                              Timothy F. Hagan, Jr.
                                              Assistant United States Attorney

It is so ORDERED, this _____ day of May, 2021

                                              _____

                                              Honorable Theodore D. Chuang
                                              United States District Judge